# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

**CHAMBERS OF**
**JULIEN X. NEALS**
**UNITED STATES DISTRICT JUDGE**

**MARTIN LUTHER KING BLDG.**
**& U.S. COURTHOUSE**
**50 Walnut Street**
**Newark, NJ 07102**
**(973) 645-6042**

September 15, 2026

**LETTER OPINION**

**Re: LAURINO *et al.* v. THE VALLEY HOSPITAL *et al.***
**Civil Action No. 2:25-cv-15263 (JXN) (ADS)**

Dear Counsel:

The Court is in receipt of Plaintiffs Maria Laurino, Ricardo Miller, Louis Babecki, Matthew Clegg, and Sasha Bamberg's (collectively "Plaintiffs") Notice of Supplemental Authority (ECF No. 57) and Defendants The Valley Hospital, Inc., the Board of Trustees of The Valley Hospital, Inc., and The Valley Hospital Plan Committee's (collectively "Defendants") Motion to Strike Plaintiffs' Notice of Supplemental Authority or, in the Alternative, for Permission to Respond (ECF No. 58). Having reviewed the parties' submissions, and in the interest of efficient case management, the Court directs the following:

(1) Defendants' Motion to Strike Plaintiffs' Notice of Supplemental Authority and Alternative Motion for Permission to Respond (ECF No. 58) is hereby **GRANTED.** Plaintiffs' Notice of Supplemental Authority (ECF No. 57) is therefore **STRICKEN *without prejudice*** to Plaintiffs' ability to rely upon the authorities identified therein, or other appropriate authority, in accordance with the briefing ordered herein.

(2) Defendants' Motion to Dismiss (ECF No. 42) is hereby **ADMINISTRATIVELY TERMINATED** ***without prejudice***.

(3) In lieu of supplemental piecemeal submissions, the parties shall file complete and updated briefs addressing the issues raised by Defendants' Motion to Dismiss[1] as follows:

a. Defendants shall refile their Motion to Dismiss and supporting papers by no later than **September 29, 2026**.

b. Plaintiffs shall file their complete opposition by no later than **October 9, 2026**.

c. Defendants shall file their reply by no later than **October 16, 2026**.

(4) The parties' renewed submissions as ordered herein shall supersede the previous pleadings at ECF Nos. 42, 43, 45.

(5) No sur-replies, notices of supplemental authority, or other supplemental submissions concerning the renewed Motion shall be filed without prior leave of Court.

**IT IS SO ORDERED.**

**JULIEN XAVIER NEALS**
**United States District Judge**

[1] The parties shall fully address the cases and arguments cited by their adversary and, to the extent possible, focus their analysis on controlling and persuasive authority from within the Third Circuit. The parties should incorporate relevant developments in the law since the original briefing was completed so that the Court may consider the Motion on a current and consolidated record.